IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEREMY GREY**                                                                                                          **PLAINTIFF**

v.                                          Case No. 3:24-cv-00089-KGB

**GUARANTY LOAN &**
**REAL ESTATE CO.**                                                                                             **DEFENDANT**

**ORDER**

  Before the Court is plaintiff Jeremy Grey's motion to transfer this case to the Delta Division of this District (Dkt. No. 3).  On May 23, 2024, Mr. Grey filed this action pursuant to the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.*, in the Northern (or "Jonesboro") Division of the United States District Court for the Eastern District of Arkansas, alleging that he has suffered injury on account of various alleged ADA violations at a "Captain D's" restaurant owned, leased, and/or operated by defendant Guaranty Loan & Real Estate Co. in West Memphis, Crittenden County, Arkansas (Dkt. No. 1, ¶¶ 11–12).

  In his motion to transfer, Mr. Grey represents that this action was filed in the Northern Division by mistake (Dkt. No. 3, ¶ 3).  Mr. Grey notes that, pursuant to 28 U.S.C. § 1404(b), the Court in its discretion may upon motion transfer any action "from the division in which pending to any other division in the same district" (*Id.*, ¶ 5).  He represents that, because the alleged ADA violations at issue in this case occurred in Crittenden County, venue is proper in the Delta Division of the United States District Court for the Eastern District of Arkansas (*Id.*, ¶¶ 1–2).  He further represents that neither party will be prejudiced by the relief sought in the motion (*Id.*, ¶ 7).  Defendant has not filed a response to the motion, and it is not clear that defendant has been served with the complaint and summons in this matter.

2

This Court declines to find that venue is "improper" in this case in any division in the Eastern District of Arkansas. *See Harrington v. Wilber*, 384 F. Supp. 2d 1321, 1326–27 (S.D. Iowa 2005) (examining venue statutes and divisional venue). At this stage of the litigation, based upon the allegations in the complaint and Mr. Grey's request, the Court will transfer the case to the Delta Division. For good cause shown, the Court grants the motion and directs the Clerk immediately to transfer this action to the Delta Division of the Eastern District of Arkansas.

Further, Mr. Grey has 14 days from entry of this Order to file proof of service or show cause as to why his complaint should not be dismissed for failure to serve timely the complaint and summons.

It is so ordered this 4th day of February, 2025.

Kristine G. Baker
Chief United States District Judge